UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
              -v-                                             :        17-CR-397 (JMF)
:
MATTHEW WILLIAMS,                                                       :           ORDER
                                 Defendant.                        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 8, 2023, the Probation Department requested early termination from supervised release for Defendant Matthew Williams.  The Government shall file any opposition to the request by **September 20, 2023**.  Defendant may file a response to any submission by the Government no later than **September 27, 2023**.

       SO ORDERED.

Dated: September 13, 2023                        _____
       New York, New York                           JESSE M. FURMAN
                                                         United States District Judge