UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
             -v-            :           17-CR-397 (JMF)
:
MATTHEW WILLIAMS, :              <u>ORDER</u>
                               Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 8, 2023, the Probation Department requested early termination from supervised release for Defendant Matthew Williams. By Order entered September 13, 2023, the Court directed the Government to file any opposition to the request by September 20, 2023, and granted Defendant until September 27, 2023, to file any response. *See* ECF No. 26. In doing so, however, the Court overlooked the fact that defense counsel is deceased.

      Under the circumstances, the Court concludes that it would be appropriate to appoint new counsel for Defendant pursuant to the Criminal Justice Act ("CJA") to respond to the Government's opposition at ECF No. 28. Accordingly, unless and until Defendant objects, James Neuman — the CJA lawyer on duty today — is appointed to represent Defendant in connection with the motion. Mr. Neuman shall immediately contact Defendant to advise him of this Order and confirm that he is willing to be so represented (the alternatives being to proceed *pro se* or to retain counsel), and shall promptly file a letter indicating whether Defendant consents or objects to such representation. In light of the foregoing, Defendant's deadline to file any response to the Government's submission is extended to **October 18, 2023**.

      In the meantime, the Court received the attached letter, submitted by Defendant himself, from the Probation Department.

      SO ORDERED.

Dated: October 4, 2023
       New York, New York
                                                                JESSE M. FURMAN
                                                       United States District Judge

09/27/23

To whom it may concern:

Attn: Judge Furman,


This letter is being written regarding case # 79303-054. I, Matthew Williams have spent five years incarcerated, after my released from prison, I also spent an additional seven months in a halfway housing facility. Also, I have also completed two out of the three years of my sentence to probation. Since my release from custody, I have found steady employment and completed various training classes. In result I've recived certifications, including, but not limited to (OSHA 30, Construction Site safety training and my flaggers certification). During this time, I also have been coparenting to raise my daughter who is now seven years old. Since my initial incarceration date, I had time to reflect on my past choices and learn how to make better choices, and decisions for myself and my family. I also would like to mention that since my release of custody from the halfway housing facility. I've reframed from having any police contact whatsoever. I do understand that in life we all make mistakes but it's how you learn from your mistakes and adapt new ways of thinking that is more important than the actual mistake that you made. At this time, I am hereby requesting clemency to reduce my probation, sentence to time served or early release, if possible, for me to continue my professional career and align myself with better opportunities in the workforce. I am a hard-working, American citizen, and I am trying to put the past behind me. Please take the time and consideration to honor my request.

Thank you for your time and assistance in this matter.


Matthew Williams

Case # 79303-054