UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
                 -v-                                  :        17-CR-397 (JMF)
:
MATTHEW WILLIAMS,                                  :        ORDER
                       Defendant.      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 8, 2023, the Probation Department requested early termination from supervised release for Defendant Matthew Williams. In an endorsement dated October 20, 2023, the Court noted that it would defer judgment "until it is clear whether Mr. Williams receives (and accepts) a job offer." ECF No. 32, at 4. On December 18, 2023, defense counsel filed a letter clarifying that Mr. Williams has, effectively, been working full-time since his release almost exactly two years ago. *See* ECF No. 33. In light of that clarification, Probation's recommendation, and the criteria set forth in the Guide to Judiciary Policy, Volume 8, Part E, § 360.20 Early Termination, the Court concludes that early termination is appropriate here. Accordingly, Mr. Williams's supervised release term is terminated effective immediately. The Court wishes Mr. Williams the best of luck.

       SO ORDERED.

Dated: December 19, 2023
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge